UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
|  | Chapter 13 |
| Bankruptcy No. | 22-31067 |

In Re:

Randy L. Sprague
Tishunda Leshay Rowe

      Debtors,

**NOTICE OF HEARING AND MOTION TO APPROVE APPLICATION FOR COMPENSATION OR EXPENSES BY ATTORNEY FOR DEBTOR**

TO: THE DEBTOR, CHAPTER 13 TRUSTEE, UNITED STATES TRUSTEE AND OTHER PARTIES ENTITLED TO NOTICE UNDER LOCAL RULES 2001-1 AND 9013-3.

1. Jeffrey H. Butwinick, attorney of record for the above-referenced debtors, moves the court for the relief requested below and gives notice of this hearing.

2. The Court will hold a hearing on this MOTION TO APPROVE APPLICATION FOR COMPENSATION OR EXPENSES BY ATTORNEY FOR DEBTOR at **9:30 AM on Thursday, June 27th, 2024.** The hearing will be conducted telephonically. Please use the following dial in instructions:

   **1. Dial 1-888-684-8852**
   **2. When prompted, enter ACCESS CODE: 5988550**
   **3. When prompted, enter SECURITY CODE: 0428**

Any person wanting to appear in person must contact Judge Fisher's calendar clerk at 651-848-1061 prior to the hearing.

3. Any response to this motion must be filed and served no later than **Thursday,**

1

**June 20th, 2024**, which is seven days before the time set for the hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. The petition commencing this Chapter 13 case was filed on July 7th, 2022, and the case is now pending in this court. The court has jurisdiction over this motion pursuant to 28 U.S.C. § 157 and § 1334, Fed. R. Bankr. P. 5005, Bankruptcy Local Rule 1070-1, 3015-2(b), and applicable rules. This proceeding is a core proceeding.

5. This Motion arises under 11 U.S.C. § 503(a) and (b) and 11 U.S.C. 507(a)(1). The relief is requested pursuant to Bankruptcy Rules 2016 and 9013 and Local Rules 2016-1, 9006-1 and 9013-2.

6. To date, the Debtor has paid $7,400.00 to the Chapter 13 Trustee. Presently, the trustee has funds on hand in the amount of $2,084.62.

7. Movant requests the Court to enter and Order authorizing the Chapter 13 Trustee to disburse to Jeffrey H. Butwinick, Attorney at Law, in the ordinary course of business the sum of $2,000.00 towards remaining attorney fees and $184.96 for unreimbursed expenses, for a total of $2,184.96 from the funds paid by the debtors into the debtors' Chapter 13 plan.

8. This motion is premised upon the attached Application for Compensation and upon all records and documents available to the Court.

WHEREFORE, the undersigned moves the Court for an order granting the

following relief:

A. Approving the Application interposed by Jeffrey H. Butwinick, Attorney at Law and allowing him compensation, for attorney's fees of $2,000.00 and unreimbursed expenses of $184.96, in the aggregate amount of $2,184.96.

B. For such other relief as may be just and equitable.

Dated: May 21, 2024                        **BUTWINICK LAW OFFICE**

**/e/ Jeffrey H. Butwinick**
Jeffrey H. Butwinick, #342208
7800 Metro Parkway, Suite 300
Bloomington, MN 55425
p. 651-210-5055
f. 651-560-7135
jeff@butwinicklaw.com

ATTORNEY FOR DEBTORS