UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Bankruptcy No.     Chapter 13
22-31067

In Re:

Randy L. Sprague
Tishunda Leshay Rowe

         Debtors,

**APPLICATION FOR COMPENSATION OR EXPENSES BY ATTORNEY FOR DEBTOR**

The undersigned applicant, pursuant to Local Rule 2016-1(c), respectfully states the following:

1. That no order approving applicant's employment on behalf of the debtors or any other party in interest has been issued.

2. That the debtor did not pay an initial retainer to applicant for the fees sought herein. The total fees received to date by the undersigned from the debtor and trustee is $0.00 for the fees sought herein.

3. Two previous fee applications were approved in this case. The first in the amount of $3,040.50, and this amount has been paid in full. The second in the amount of $843.31, and this amount has also been paid in full.

4. Presently a hearing to confirm the debtor's modified Chapter 13 plan is scheduled for June 27th, 2024.

5. That the unpaid administrative expenses known to the applicant are as follows:

    a. Attorney Fees:                           $2,000.00
    b. Expenses
        i. Filing Fee                          $0.00
       ii. Printing Costs: 832 x .17 =      $141.44
      iii. Postage Costs: 64 X .68 =       $43.52

    TOTAL EXPENSES:                  $184.96

    TOTAL FEE and EXPENSES:       $2,184.96

1

6. Counsel advised the debtors concerning the impact of a car accident on their bankruptcy case, advised the debtors regarding a motion for relief from stay filed by the car lender.  Counsel advised the debtors regarding the failure of a secured creditor to file a proof of claim, and addressed concerns raised by the Chapter 13 Trustee regarding the same. Counsel also prepared a modified plan, supplemental schedules I & J, and a motion to approve the same to address changes in the debtor's financial circumstances and unforeseen increase in transportation expenses.

7. Applicant's tasks and proceedings and attorney time are itemized in Exhibit A to this application.

8. That the hourly rate that has been charged by the attorney for services rendered is $375.00

9. That all out of pocket expenses and unit costs are stated in paragraph 5 total $2,184.96.

Dated: <u>May 21st, 2024.</u>　　　　　　　　　　**BUTWINICK LAW OFFICE**

　　　　　　　　　　　　　　　　　　　　　　　**/e/ Jeffrey H. Butwinick**
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey H. Butwinick, #342208
　　　　　　　　　　　　　　　　　　　　　　　7800 Metro Parkway, Suite 300
　　　　　　　　　　　　　　　　　　　　　　　Bloomington, MN 55425
　　　　　　　　　　　　　　　　　　　　　　　p. 651-210-5055
　　　　　　　　　　　　　　　　　　　　　　　f. 651-560-7135
　　　　　　　　　　　　　　　　　　　　　　　jeff@butwinicklaw.com

　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEBTORS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Bankruptcy No.     Chapter 13
22-31067

In Re:

Randy L. Sprague
Tishunda Leshay Rowe

         Debtors,

**ORDER**

Hearing on this matter was held before the undersigned on February 27th, 2024, regarding the Application for Compensation and Expenses by Attorney for Debtor submitted by Debtor's counsel. Appearances, if any, were noted on the record.

Based on the application and the file, record, and proceedings herein,

    IT IS ORDERED:

Jeffrey H. Butwinick is awarded $2,000.00 for total compensation and $184.96 for reimbursement of expenses and the trustee is authorized to pay the unpaid balance to the applicant as provided in the plan.

Dated: _____                _____

                                                       William J. Fisher
                                                       United States Bankruptcy Judge