Exhibit A

# Jeffrey H. Butwinick

7800 Metro Parkway, Suite 300, Bloomington, Minnesota 55425
Phone: (651) 210-5055 * Fax: (651) 560-7135
Email: jeff@butwinicklaw.com

Randy Sprague & Tishunda Leshay Rowe (Case No. 22-31067)
Attorney Fees (8-10-2024 to 5-21-2024)

| Person | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| JHB | 8-10-24 | Review, reply to email from chapter 13 trustee concerning 2022 tax papers. | 0.1 | | |
| JHB | 8-17-24 | Prepare Tax Affidavits, submit to chapter 13 trustee. | 0.3 | | |
| JHB | 1-4-24 | Review email from chapter 13 trustee regarding Get It Now, LLC claim issues, discuss same with client. | 0.2 | | |
| JHB | 5-7-24 | Discussion with client concerning auto accident, GAP coverage and impact on bankruptcy. | 0.2 | | |
| JHB | 5-14-24 | Review motion for relief filed by Prestige Financial; discuss same with client. | 0.3 | | |
| JHB | 5-17-24 | Prepare Supplemental Schedules I and J. | 0.6 | | |
| JHB | 5-20-24 | Prepare draft of modified plan. | 0.9 | | |
| JHB | 5-20-24 | Call to client regarding modified plan, plan payment going forward, update file regarding same. | 0.4 | | |
| JHB | 5-20-24 | Prepare Notice of Motion and Motion to modify confirmed plan, review and edit same. | 1.6 | | |
| JHB | 5-21-24 | Finalize, serve and file modified plan, motion, and supporting documents. | 0.5 | | |
| JHB | 5-21-24 | Prepare and file notice of no opposition to motion for relief filed by Prestige Financial. | 0.2 | | |
| JHB | 5-21-24 | Prepare fee application and supporting documents, review, file and serve same. | 0.6 | | |
| | | Total | 5.9 | 375 | $2,212.50 |
| | | Discount (to conform with modified plan estimate). | | | (212.50) |
| | | Total | | | $2,000.00 |

Expenses (8-10-2024 to 5-21-2024):

| Date | Description | Amount |
|---|---|---|
| 5/21/24 | Printing 832 x .17 | $141.44 |
| 5/21/24 | Postage 64 x .68 | $43.52 |
| | Total | $184.96 |